# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ANDREW HOLDER,**

    **Plaintiff,**

**v.**                                                        **Case No.:**

**DOLGENCORP LLC d/b/a**
**DOLLAR GENERAL,**

    **Defendant.**

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446, Defendant DOLGENCORP, LLC, hereby removes this action from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, and states:

    1.  On July 30, 2020, Plaintiff ANDREW HOLDER filed a Complaint in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case No. 20-CA-006058.

    2.  The Complaint named DOLGENCORP, LLC d/b/a DOLLAR GENERAL as Defendant.

    3.  On August 3, 2020, Defendant was served with the Complaint. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. Section 1446, as **Exhibit 1.**

    4.  Plaintiff, ANDREW HOLDER, is and was at all times relevant hereto, including at the time of the commencement of Civil Action No. 20-CA-006058, and this filing, a citizen of the State of Florida.

    5.  Defendant is and was at all times relevant hereto, including at the time of the filing of this Notice of Removal and the commencement of Civil Action No. 20-CA-006058, a Limited Liability

Company registered in the Commonwealth of Kentucky with its principal place of business in Goodlettsville, Tennessee, and whose managing member is incorporated in the State of Tennessee with its principal place of business in Goodlettsville, Tennessee. *See* Articles of Organization of DOLGENCORP, LLC, filed with the Commonwealth of Kentucky on October 9, 2008, attached hereto as **Exhibit 2.**

6. At all times relevant hereto, the sole members of DOLGENCORP, LLC, consisted of Steven R. Deckard, Daniel J. Nieser, Steve Sunderland, Bethany Malakelis, Barbara Springer, Michael J. Kindy, John Garratt. Kelly Collier, and Anita Elliott. Each member is a citizen of Tennessee. *See* 2019 Annual Report of DOLGENCORP, LLC, attached hereto as **Exhibit 3.**

7. For purposes of diversity jurisdiction, "a limited liability company is a citizen of any state of which a member of the company is a citizen." *Flintlock Const. Servs., LLC v. Well-Come Holdings, LLC,* 710 F.3d 1221, 1224 (11th Cir. 2013) (citing *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.,* 374 F.3d 1020, 1022 (11th Cir. 2004).

8. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 (a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a). Diversity of citizenship exists.

9. Plaintiff has alleged in his Complaint an action for damages in excess of $30,000.00. Plaintiff has made a pre-suit demand in excess of $75,000, exclusive of interest and costs. Based upon the foregoing, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10. This Notice of Removal is filed within thirty (30) days after Defendant received a copy of Plaintiff's Complaint on or about August 3, 2020, as required by 28 U.S.C. § 1446(b).

11. A copy of this Notice of Removal will simultaneously be filed with the Clerk of Courts for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, and served upon other

counsel of record pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant DOLGENCORP, LLC, gives notice of the removal of this action from the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida.

Dated: August 24th, 2020

Respectfully submitted,

*/s/. Eric M. Thorn*
**Eric M. Thorn, Esquire**
Florida Bar No.: 0479100
erict@sdtriallaw.com
St. Denis and Davey, P.A.
10150 Highland Manor Drive, Suite 200
Tampa, FL 33610
Tel. 813-314-2162
Fax. 813-314-2163
***Attorneys for Defendant Dolgencorp, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of August, 2020, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system and which will electronically transmit an electronic copy to:

**Rolando G. Guerra, Jr., Esquire**
FBN: 602401
GIBBS & PARNELL, P.A.
722 East Fletcher Avenue
Tampa, Florida 33612-2614
Telephone: (813) 975-4444
Facsimile: (813) 975-4445
courtservicedocs@gibbsandparnell.com
Attorneys for Plaintiff

*/s/. Eric M. Thorn*
**Eric M. Thorn, Esquire**
Florida Bar No.: 0479100