IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

ANDREW HOLDER,

    Plaintiff,                      CASE NO.:
                                      DIVISION:

vs.

DOLGENCORP, LLC d/b/a DOLLAR
GENERAL,

    Defendant.
_____/

## COMPLAINT
### GENERAL ALLEGATIONS

COMES NOW the Plaintiff, ANDREW HOLDER, sues Defendant, DOLGENCORP, LLC d/b/a DOLLAR GENERAL ("DOLLAR GENERAL") and alleges:

1. This is an action for damages that exceed THIRTY THOUSAND DOLLARS ($30,000.00).

2. The Defendant, DOLLAR GENERAL, is a foreign limited liability company doing business in Tampa, Hillsborough County, Florida.

3. On June 29, 2019, Plaintiff was a business invitee of Defendant, DOLLAR GENERAL, located at 8225 N. Florida Ave., Tampa, Hillsborough County, Florida when he slipped and fell on a slippery substance at Defendant's premises.

4. The Defendant, DOLLAR GENERAL, possessed and controlled the real property referenced above which was open to the public and owed the Plaintiff the duties to:

    (a)    Inspect the store in a reasonable manner;

    (b)    Maintain the store in a reasonable manner;

    (c)    Operate the store in a reasonable manner;

   (d) Warn the Plaintiff of any latent dangers in the store;

5. The Defendant breached its duties to Plaintiff and negligently:

   (a) failing to maintain the floor in a reasonably safe manner;

   (b) failing to properly inspect the area of the premises for patron's use;

   (c) failing to properly warn the Plaintiff of the latent dangers of walking in an area where a slippery substance existed; and

6. The Defendant knew of the above negligent conditions or they had existed long enough so that the Defendant should have discovered them exercising due care.

7. Alternatively, the Defendant created the negligent conditions.

8. As a direct and proximate result of the above-referenced negligence of Defendant, DOLLAR GENERAL, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical nursing care and treatment, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer losses in the future.

WHEREFORE, Plaintiff, ANDREW HOLDER, demands judgment for costs and damages against Defendant, DOLGENCORP, LLC D/B/A DOLLAR GENERAL, and demands a trial by jury on all issues so triable.

### DESIGNATION OF E-MAIL ADDRESS PURSUANT TO RULE 2.516

ROLANDO GUERRA, ESQUIRE, as attorney for Plaintiff, ANDREW HOLDER, hereby designates, pursuant to Rule 2.516 the following e-mail address for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

  Primary E-Mail Address: courtservicedocs@gibbsandparnell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Defendant via service of process.

Dated: July 30th, 2020

***GIBBS & PARNELL, P.A.***

_____
ROLANDO G. GUERRA, JR., ESQUIRE
FBN: 602401
722 East Fletcher Avenue
Tampa, Florida 33612-2614
Telephone: (813) 975-4444
Facsimile: (813) 975-4445
courtservicedocs@gibbsandparnell.com
Attorneys for Plaintiff